CORA HAWKINS, A WIDOW, *Plaintiff in Error*, v. SHORE ACRES PROPERTIES, A CORPORATION, *Defendant in Error*.

## Division B.

### Opinion Filed March 31, 1927.

Where a declaration does not wholly fail to state a cause of action, a demurrer thereto should not be sustained.

A Writ of Error to the Circuit Court for Pinellas County; Freeman P. Lane, Judge.

Reversed.

*Bird & Jones,* for Plaintiff in Error;

*George W. Wylie* and *Maddox* and *Maddox,* for Defendant in Error.

PER CURIAM.—This writ of error was taken to a judgment for the defendant upon demurrer to a declaration alleging a wrongful death caused by the negligence of defendant.

The declaration does not wholly fail to state a cause of action. The demurrer thereto was therefore erroneously sustained.

The judgment is reversed on the authority of Foster v. St. Johns Electric Co., 86 Fla. 338, 98 South. Rep. 75; Peterson v. Daniels Co., 83 Fla. 29, 90 South. Rep. 621; Wertz v. Tampa Electric Co., 78 Fla. 405, 83 South. Rep.

270; McDonald v. Exchange Supply Co., 88 Fla. 80, 101 South. Rep. 28; Yon v. Pinellas Power Co., filed at this term.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.